# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADMINISTRATORS OF THE TULANE     )
EDUCATIONAL FUND (A/K/A TULANE     )
UNIVERSITY), *et al.*,     )
    )
        Plaintiffs,     )
    )
        v.     )   **Civil Case No. 09-2428 (RJL)**
    )
IPSEN PHARMA, S.A.S. (F/K/A SOCIETE     )
CONSEILS DE RECHERCHES ET     )
D'APPLICATIONS SCIENTIFIQUES SAS), *et al.*,   )
    )
        Defendants.     )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 14 day of March, 2011, hereby

**ORDERED** that the defendant Ipsen S.A.'s Motion to Dismiss [#22] is **GRANTED**, and it is further

**ORDERED** that Count I against Ipsen S.A. be **DISMISSED** with prejudice; and it is further

**ORDERED** that the remaining counts against Ipsen S.A. be **DISMISSED** without prejudice.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge